Aguila-Agundez, Jesus Bernardo.
Reg. No.: **00057-298.**
California City Correctional Center
P.O. Box 3001-0001
California City, CA 93504

**IN PROPRIA PERSONA**

FILED
07 NOV 15 AM 11:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: (P              DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT
CALIFORNIA.

'07 CV 2180 H

| UNITED STATES OF AMERICA, | ) | PRO SE |
| Plaintiff, | ) | MOTION FOR TIME REDUCTION BY AN INMATE IN FEDERAL CUSTODY UNDER TITLE 28 U.S.C. § 2255 |
| vs. | ) | |
| | ) | Criminal Case Number: 06CR2220-H. |
| Defendant. | ) | |
| AGUILA-AGUNDEZ, JESUS BERNARDO. | ) | |

    **COMES NOW,** the Defendant Aguila-Agudez, Jesus Bernardo In Propria Persona, Requesting this Honorable Court for a time reduction based on the following grounds. Memorandum of points and Authorities established by this Motion, factual basis. Under the Attorney General Memorandum dated April 28, 1995, The United States Attorney General can offer up to two (2) points downward departure if defendant accepts a final deportation order.

    Because Defendant Aguila-Agundez, Jesus B. cannot be housed in a minimum security facility, or community Correctional Center based on his deportation alien status, he asks this Honorable Court to take into consideration and possibly grant Defendant Aguila-Agundez, Jesus Bernardo

a downward departure.

## FACTS OF DEFENDANT'S PRESENT INCARCERATION

Defendant Aguila-Agundez, Jesus B. is currently in the custody of the United States Attorney General at California City Correctional Center, P.O. Box 3001-0001, California City, CA 93504.

On or about September, 15 of 2006. Defendant Mr. Aguila was arrested and Indicted for Criminal charges. Mr. Aguila-Agundez, Jesus B. was Sentence in the United States District Court for the Southern District of California to a term of 60 months and 4 years Supervise Release.

## THE DEFENDANT IS SEEKING RELIEF DUE TO THE FOLLOWING POINTS AND AUTHORITIES

(1) Equal Protections Rights Pursuant to XIV Amendments to the United States Constitution.

(2) Due Process, V Amendment.

(3) Equal Rights Act no person shall be discriminated, regardless of race, color, sex, religion, or Nationlity.

A united States Citizen is entitled to different privileges due to his or her origin like one (1) year reduction of sentence through a drug program three months half-way house to prepare to re-assimilate, a Unicor job, with good wages and other benefits.

An alien is deprived of his benefits or privileges due to his or her status and find himself/herself committed to harsher time, or sentence due to his or her status in the United States of America.

Both a United States Citizen and an alien inmate/resident live and comport by the same rules, policies, privileges and **standards** of such Institution.

**Therefore** Defendant Mr Aguila-Agundez, Jesus B. prays that the Honorable Court grant him all relief to which he may be entitled in this proceeding.

This Motion is submitted in good faith, and pursuant to V and XIV Amendments that guaranteed rights protection of the United States of America Constitution.

                                                RESPECTFULLY SUBMITTED,

                                      x *Aguila Agundez, Jesus Bernardo*
                                      **AFFIANT**

                              Cc: AGUILA-AGUNDEZ, JESUS BERNARDO.
                                  # 00057-298.

Dated: November, 07 of 2007.

## CERTIFICATE OF SERVICE / OR MAILING

CASE NAME: AGUILA-AGUNDEZ, JESUS BERNARDO.   vs.   UNITED STATES OF AMERICA.

CASE NUMBER: 06CR2220-H.

I, the undersigned, herby affirmed that on this 07 day of November 2007, I deposited in the recepticle for the United States mail provided at this Institution for inmates, first class pre-paid postage, in a sealed envelope and addressed to:

Clerk, of the District Court.
U.S. District Court for the
Southern District of California.
880 Front St., # 4290.
San Diego, California 92101-8900

(1) Original.

(2) Copies.

a true and correct copy of the attached document(s) identified as follows:

PRO-SE

MOTION FOR TIME REDUCTION
BY AN INMATE IN FEDERAL
CUSTODY UNDER TITLE
@* U.S.C § 2255.

In accordance with Houston V. Lack 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. §1746(2). I further declare under the penalty of perjury that the foregoing is correct and true.

DATED: 11-07-2007.

AGUILA AGUNDEZ JESUS BERNARDO
AFFIANT
AGUILA-AGUNDEZ, JESUS BERNARDO.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Jesus Bernardo Aguila-Agundez

**DEFENDANTS**
United States of America

FILED
07 NOV 15 AM 11: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Jesus Bernardo Aguila-Agundez
Reg. No. 00057-298 California City Corr. Center
P.O. Box 3001-0001
California City, CA 93504

**ATTORNEYS (IF KNOWN)**
07 CV 2180 H
U.S. Attorney

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff      ☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 2255

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   **DEMAND $** _____   Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   **Docket Number** 06CR2220

**DATE** 11/15/07

CR